**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:         Lisa Rodriguez v. Universal Surgical Assistants, Inc.

Appellate case number:      01-19-00236-CV

Trial court case number:     18-DCV-2580-12

Trial court:                        458th District Court of Fort Bend County

On May 7, 2019, we abated the appeal and remanded the case to the trial court "pending the completion of the procedure under Rule 4.2 of the Texas Rules of Appellate Procedure." *See* TEX. R. APP. P. 4.2; *see also* TEX. R. CIV. P. 306a(4), (5). The trial court clerk has filed a supplemental clerk's record that includes the trial court's orders "Determining Actual Notice of Appealable Order." Accordingly, we **reinstate** the appeal on the Court's active docket.

Appellant's brief is due to be filed in this Court no later than 20 days from the date of this order.[1] *See* TEX. R. APP. P. 38.6(a), (d).

It is so ORDERED.


Judge's signature:  _/s/ Julie Countiss_____

                              ☑ Acting individually     ☐ Acting for the Court

Date:  __July 16, 2019____

---

[1]     The clerk's record was filed in this appeal on April 10, 2019. On April 9, 2019, the court reporter advised the Clerk of this Court that appellant's counsel had notified her that "there [was] no record associated with this appeal."